UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      24 CR 158 (PKC)

      -against-                                              ORDER

LIYUAN JIANG and YU CAO,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for September 17, 2024 is adjourned is adjourned to October 2, 2024 at 4:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow the parties time to engage in discussions regarding a potential resolution of this matter.  Accordingly, the time between today and October 2, 2024 is excluded.

        SO ORDERED.

                                                    P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
           September 11, 2024