

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 23, 2024

> October 2, 2024 at 4:00 p.m. will be the change-of-plea hearing for Yu Cao.
> Conference for Liyuan Jiang is adjourned from October 2 to October 30, 2024 at 2:00pm. Time is excluded under the speedy trial act to allow the parties time to continue discussions regarding a potential pretrial resolution of this matter.
> SO ORDERED.
> Dated: 9/24/2024
>
> P. Kevin Castel
> United States District Judge

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     <u>United States v. Jiang and Cao, 24 Cr. 158 (PKC)</u>

Dear Judge Castel:

A status conference in this matter is currently scheduled for October 2, 2024 at 4:00 PM.

Based on the Government's discussions with counsel for defendant Yu Cao, the Government understands that Ms. Cao would like to proceed with a change-of-plea hearing during the currently scheduled conference.

Based on the Government's discussions with counsel for Liyuan Jiang, the parties believe additional time may be helpful to discuss a potential pretrial resolution. As a result, counsel for Ms. Jiang and the Government request a 30-day adjournment of the October 2, 2024 conference.

In addition, the Government writes to respectfully request that the time between October 2, 2024 and the next conference for Ms. Jiang be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to continue to engage in discussions regarding a potential pretrial resolution of this matter. The Government submits that the proposed exclusion would be in the interest of justice. Defense counsel for Ms. Jiang has consented to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/ Rebecca T. Dell
Jeffrey W. Coyle / Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2437 / -2198

cc:     David Stern, Esq.; Carla Sanderson, Esq. (ECF)