UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

YU COA,

Defendants.

24-cr-158 (PKC)

<u>ORDER</u>

CASTEL, U.S.D.J:

SO ORDERED.

Sentencing originally scheduled for February 4, 2025 is adjourned to February 5, 2025 at 12:00 p.m. in Courtroom 11D.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       January 9, 2025