UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-　　　　　　　　　　　　　　　　　24-cr-158 (PKC)

YU COA,　　　　　　　　　　　　　　　ORDER

　　　　　　　　　　Defendants.

CASTEL, U.S.D.J:

　　　　Sentencing scheduled for April 3, 2025 is adjourned to April 10, 2025 at 2:00 p.m. in Courtroom 11D.

　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　P. Kevin Castel
　　　　　　　　　　　　　　　　　United States District Judge

Dated: New York, New York
　　　　February 3, 2025