UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

YU CAO,

Defendant.

24-cr-158 (PKC)

ORDER

CASTEL, U.S.D.J:

    Pretrial Services is authorized to return the passport of the defendant to her counsel, Carla Sanderson.

    SO ORDERED.

*P. Kevin Castel*
United States District Judge

Dated: New York, New York
April 10, 2025