CARLA SANDERSON

ATTORNEY  NY, NJ, SDNY, EDNY

260 MADISON AVENUE  FL 22          T 646.499.3818
NEW YORK, NEW YORK 10016           F 646.499.3814
carla@carlasandersonlaw.com        carlasandersonlaw.com

September 12, 2025

Application Granted.
SO ORDERED.
Dated:  9/12/2025

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

P. Kevin Castel
United States District Judge

Re:     *United States v. Yu Cao*
        1:24-cr-00158 (PKC)

Dear Judge Castel,

        On April 10, 2025, this Court sentenced Ms. Cao to a term of two years of probation and six months of home confinement. Ms. Cao's home confinement will end on October 10, 2025. Ms. Cao was invited to attend the wedding of her niece in Los Angeles, California on October 10, 2025. Ms. Cao requests permission to travel to Los Angeles on October 8, 2025 so that she may attend the wedding on the date that her home confinement ends. She additionally respectfully requests that her home confinement terminate two days early on October 8, 2025 which will allow her to travel to Los Angeles and attend the wedding without her ankle bracelet.

        Ms. Cao's Probation Officer, Thomas Ragogna, Jr., has informed me that Ms. Cao has been fully compliant with the terms of her home confinement and has no objection to the instant request. The government (via AUSA Rebecca Dell) defers to Probation.

        I thank the Court for its time and consideration.

                                        Respectfully submitted,

                                        /s/

                                        _____
                                        Carla Sanderson

Cc: Probation Officer Thomas Ragogna via email